```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                          CASE NO. 08 B 12537
       GEOFFERY W MORSON
                                                    CHAPTER 13

                                                    JUDGE: SUSAN PIERSON SONDERBY

              Debtor
       SSN XXX-XX-6987

     ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
     ------------------------------------------------------------------------------
           The case was filed on 05/16/2008 and was not confirmed.

           The case was dismissed without confirmation 09/11/2008.
     ------------------------------------------------------------------------------
     CREDITOR NAME              CLASS          CLAIM AMOUNT        INTEREST        PRINCIPAL
                                                                     PAID            PAID
     ------------------------------------------------------------------------------
     ILLINOIS TITLE LOANS      SECURED VEHIC      254.00              .00             .00
     IL STATE DISBURSEMENT UN  DSO ARREARS       NOT FILED            .00             .00
     IL STATE DISBURSEMENT UN  UNSECURED         NOT FILED            .00             .00
     EVELYN TODD               NOTICE ONLY       NOT FILED            .00             .00
     LINNIE HARRINGTON         NOTICE ONLY       NOT FILED            .00             .00
     TARA JACKSON              NOTICE ONLY       NOT FILED            .00             .00
     LAKE COUNTY CHILD SUPPOR  DSO ARREARS       NOT FILED            .00             .00
     LAKE COUNTY CHILD SUPPOR  UNSECURED         NOT FILED            .00             .00
     SBC                       UNSECURED         NOT FILED            .00             .00
     CITY OF CHICAGO PARKING   UNSECURED         NOT FILED            .00             .00
     COMCAST                   UNSECURED         NOT FILED            .00             .00
     SPRINT PCS                UNSECURED         NOT FILED            .00             .00
     WASHINGTON MUTUAL         UNSECURED         NOT FILED            .00             .00
     JEFFERSON CAPITAL SYSTEM  UNSECURED          732.76              .00             .00
     NATIONWIDE COMMERCIAL LP  UNSECURED         NOT FILED            .00             .00
     PEOPLES GAS LIGHT & COKE  UNSECURED          585.06              .00             .00
     SALLIE MAE                UNSECURED         8952.47              .00             .00
     SALLIE MAE LSCF           UNSECURED         NOT FILED            .00             .00
     TRIAD FINANCIAL CORP      UNSECURED        10898.51              .00             .00
     ILLINOIS TITLE LOANS      UNSECURED          331.71              .00             .00
     ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      324.00              .00             .00
     ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,500.00                             .00
     TOM VAUGHN                TRUSTEE                                                .00
     DEBTOR REFUND             REFUND                                                 .00

           Summary of Receipts and Disbursements:
     ------------------------------------------------------------------------------
                             RECEIPTS           DISBURSEMENTS
     ------------------------------------------------------------------------------
     TRUSTEE                    .00

     PRIORITY                                       .00
     SECURED                                        .00
     UNSECURED                                      .00
     ADMINISTRATIVE                                 .00

                       PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 08 B 12537 GEOFFERY W MORSON
```

```
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                     ---------------    ---------------
TOTALS                                           .00                    .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 12/22/08                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE